FISHER & PHILLIPS, LLP
DAVID B. DORNAK
Nevada Bar No. 6274
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com

Reed L. Russell (*admitted pro hac vice*)
Florida Bar No. 0184860
PHELPS DUNBAR LLP
100 South Ashley Drive - Suite 2000
Tampa, Florida 33602
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
Email: reed.russell@phelps.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUSTIN KERSEY, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHLAND INDUSTRIES, a California Corporation<br><br>Defendant. | Case No: 2:26-cv-02002-CDS-DJA<br><br>**~~STIPULATION AND~~ ORDER TO TEMPORARILY STAY DISCOVERY PENDING MEDIATION**<br><br>**(First Request)** |

Plaintiff and Defendant, by and through their counsel of record, hereby stipulate and request an order staying all proceedings and discovery, including the filing of the discovery plan and scheduling order, up to 120 days or 10 days after the conclusion of mediation, whichever is sooner.

The parties have agreed to engage in private mediation of all claims in Plaintiff's Complaint. The parties believe that the mediation has a high chance of success, and in an effort to be as efficient as possible would like to refrain from conducting expensive and time-consuming formal discovery while the mediation is pending. If mediation is successful, the case will be resolved in its entirety.





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Although the parties have agreed to an ARM mediator, the parties do not yet know the mediator's availability. The parties, therefore, request that this matter be stayed be up to 120 days or 10 days after the conclusion of mediation, whichever is sooner. The parties also stipulate and agree to file a joint status report within 60 days to apprise the Court on the status of mediation. The parties further stipulate and agree to file a joint status report within 10 days after the conclusion of mediation and, if a settlement is not reached, to concurrently file a joint stipulated discovery plan and scheduling order at that time.

This is the parties' first request for a stay in this matter and is made in good faith and not for purpose of delay.

GREENBERG GROSS LLP

By: /s/ *Eric K. Lundy, Esq.*
Jemma E. Dunn
Matthew T. Hale
Eric K. Lundy
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
Attorneys for Plaintiff

FISHER & PHILLIPS LLP

By: /s/ *David B. Dornak, Esq.*
David B. Dornak
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Attorney for Defendant

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 15) is **GRANTED.**

**IT IS FURTHER ORDERED** that the parties' stipulated discovery plan and scheduling order or joint status report is due on or before **January 4, 2027, or ten days after the conclusion of mediation, whichever is sooner**.

**IT IS FURTHER ORDERED** that the parties must file a joint status report regarding the status of the mediation on or before **November 3, 2026.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 4, 2026